114

Ford Motor Co., Appellee, *v.* Continental Casualty Co.,
Appellant.

(No. 39738—Decided April 20, 1966.)

*Messrs. Bulkley & Butler* and *Mr. E. A. Pedley*, for appellee.

*Messrs. Hauxhurst, Sharp, Cull & Kellogg* and *Mr. Robert W. Sharp*, for appellant.

*Per Curiam.* The Ford Motor Company was not making actual use of the truck and was not an insured under Continental's policy issued to Clifton, at the time of the accident. The judgment of the Court of Appeals is reversed on authority of *Travelers Ins. Co.* v. *Buckeye Union Casualty Co.*, 172 Ohio St. 507, and *Buckeye Union Casualty Co.* v. *Illinois National Ins. Co.*, 2 Ohio St. 2d 59.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.